

# Fourth Court of Appeals
## San Antonio, Texas

August 5, 2019

No. 04-19-00399-CR

Kurt Wayne **LOPER,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 6, Bexar County, Texas
Trial Court No. 566384
Honorable Wayne A. Christian, Judge Presiding

# O R D E R

The clerk's record has been filed, but it does not contain the contents requested and required by the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 34.5(a)(2) (requiring the clerk's record to include, "in criminal cases, the indictment or information, any special plea or defense motion that was presented to the court and overruled, any written waiver, any written stipulation, and, in cases in which a plea of guilty or nolo contendere has been entered, any documents executed for the plea"). We order the county court clerk, Lucy Adame Clark, to file a supplemental clerk's record containing all filings requested and required by the Rule by **August 15, 2019**.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of August, 2019.

KEITH E. HOTTLE,
Clerk of Court